AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Citixsys Americas, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Vend Limited, and Vend, Inc.<br><br>*Defendant(s)* | Civil Action No. 5:16-cv-04263 HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vend, Inc.
185 Clara Street, Suite 101A
San Francisco, CA 94107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert L. Meyerhoff
Venable LLP
505 Montgomery St., Suite 1400
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: July 29, 2016

*Signature of Clerk or Deputy Clerk*