Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CITIXSYS AMERICAS INC.,

    Plaintiff(s),

v.

VEND LIMITED; AND VEND, INC.

    Defendant(s).

Case No: 3:16-cv-04263 HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Victoria R. Danta, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Citixsys Americas Inc. in the above-entitled action. My local co-counsel in this case is Robert L. Meyerhoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1270 Avenue of the Americas, 25th Floor<br>New York, NY 10020 | 505 Montgomery St., Suite 1400<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 307-5500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 653-3750 |
| MY EMAIL ADDRESS OF RECORD:<br>vdanta@venable.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rlmeyerhoff@venable.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4886206.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/10/16

                                                       Victoria R. Danta
                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Victoria R. Danta is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/10/2016

                                                           *Haywood S. Gilliam Jr.*
                                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Victoria Regina Danta

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **16th day of February, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of July, 2016**.

*Robert D. Mayberger*
Clerk