VENABLE LLP
Marcella Ballard (To Be Admitted *Pro Hac Vice*)
Email:      mballard@venable.com
Victoria R. Danta (To Be Admitted *Pro Hac Vice*)
Email:      vdanta@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone:     (212) 307-5500
Facsimile:     (212) 307-5598

Robert L. Meyerhoff (SBN 298196)
Email:      rlmeyerhoff@venable.com
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

*Attorneys for Plaintiff CitiXsys Americas Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITIXSYS AMERICAS INC.,

               Plaintiffs,

        v.

VEND LIMITED; and VEND, INC.,

               Defendants.

Case No. 3:16-cv-04263-HSG

**STIPULATION AND ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT**

      Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CitiXsys Americas Inc. ("Plaintiff"), and Defendants Vend Limited and Vend, Inc., hereby stipulate to the filing of a First Amended Complaint by Plaintiff.  Rule 15(a)(2) allows a party to amend its pleading with the opposing party's written consent.

      By signing this stipulation, counsel for each of the parties concur in its filing and agree that Plaintiff will file its First Amended Complaint on or before November 16, 2016

1

VENABLE LLP
505 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

(Defendants' current response deadline to the original complaint).  This stipulation is being filed through the Electronic Case Filing (ECF) system by attorney Robert M. Meyerhoff.  Pursuant to Local Rule 5-1(i)(3), Mr. Meyerhoff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 8, 2016            VENABLE LLP

                                   By: /s/ Marcella Ballard
                                   Marcella Ballard (Admitted *Pro Hac Vice*)
                                   Email:    mballard@venable.com
                                   Victoria R. Danta (Admitted *Pro Hac Vice*)
                                   Email:    vdanta@venable.com
                                   1270 Avenue of the Americas, 25th Floor
                                   New York, NY 10020
                                   Telephone:   (212) 307-5500
                                   Facsimile:   (212) 307-5598

                                   Robert L. Meyerhoff (SBN 298196)
                                   Email:    rlmeyerhoff@venable.com
                                   505 Montgomery St., Suite 1400
                                   San Francisco, CA 94111
                                   Telephone:   (415) 653-3750
                                   Facsimile:   (415) 653-3755

                                   *Attorneys for Plaintiff CitiXsys Americas Inc.*

Dated: November 8, 2016            KELLY IP, LLP

                                   By: /s/ Jason M. Joyal (with permission)
                                   Jason M. Joyal (SBN 251168)
                                   Email:       jason.joyal@kelly-ip.com
                                   1919 M Street, N.W., Suite 610
                                   Washington, D.C. 20036
                                   Telephone:   (202) 808-3570
                                   Facsimile:   (202) 354-5232

                                   *Attorneys for Defendants Vend Limited and Vend, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 10, 2016            Haywood S. Gill Jr.
                                   Hon. Haywood S. Gilliam, Jr.
                                   U.S. District Judge

VENABLE LLP
505 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750

STIP. AND ORDER GRANTING LEAVE TO FILE FIRST AM. COMPL.