VENABLE LLP
Marcella Ballard (Admitted *Pro Hac Vice*)
Email:      mballard@venable.com
Victoria R. Danta (Admitted *Pro Hac Vice*)
Email:      vdanta@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone:      (212) 307-5500
Facsimile:      (212) 307-5598

Robert L. Meyerhoff (SBN 298196)
Email:      rlmeyerhoff@venable.com
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone:      (415) 653-3750
Facsimile:      (415) 653-3755

*Attorneys for Plaintiff CitiXsys Americas Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIXSYS AMERICAS INC., | Case No. 3:16-cv-04263 HSG |
| Plaintiff, | |
| v. | **REQUEST AND ORDER FOR PLAINTIFF'S LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| VEND LIMITED; and VEND, INC., | |
| Defendants. | |
| | DATE:       November 29, 2016<br>TIME:       2:00 p.m.<br>CTRM:       10, 19th Floor |

REQUEST AND [PROPOSED] ORDER FOR PLAINTIFFS' LEAD COUNSEL TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE –
Case No. 3:16-cv-04263-HSG

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Civil Rule 16-10(a), Plaintiff CitiXsys Americas, Inc. ("Plaintiff") respectfully requests that this Court grant permission for Marcella Ballard of Venable LLP, lead trial counsel for Plaintiff, to appear by telephone for the Case Management Conference currently scheduled for November 29, 2016, at 2:00 p.m ("November 29 Case Management Conference"). In support of this request, undersigned counsel represents that (1) counsel for Defendants Vend Limited and Vend, Inc. was consulted, and they have no opposition to this request, and (2) Plaintiff's request is made more than seven (7) days in advance of the November 29 Case Management Conference, in accordance with Local Civil Rule 16-10.

WHEREFORE, Plaintiff respectfully requests leave of Court for Plaintiff's lead trial counsel, Marcella Ballard of Venable LLP, to appear by telephone for the November 29 Case Management Conference.

Dated: November 17, 2016

VENABLE LLP

By: /s/ Marcella Ballard
Marcella Ballard (Admitted *Pro Hac Vice*)
Email: mballard@venable.com
Victoria R. Danta (Admitted *Pro Hac Vice*)
Email: vdanta@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff CitiXsys Americas Inc.*

1
REQUEST AND [PROPOSED] ORDER FOR PLAINTIFFS' LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE – Case No. 3:16-cv-04263-HSG

**ORDER**

Plaintiff CitiXsys Americas, Inc.'s request for lead trial counsel, Marcella Ballard of Venable LLP, to appear by telephone for the Case Management Conference scheduled for November 29, 2016, at 2:00 p.m. is hereby GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

Dated:  November 17, 2016

HAYWOOD S. GILLIAM, JR., U.S.D.J.

2
REQUEST AND [PROPOSED] ORDER FOR PLAINTIFFS' LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE –
Case No. 3:16-cv-04263-HSG