ROBERT D. LITOWITZ (*Admitted Pro Hac Vice*)
JASON M. JOYAL (CA SBN 251168)
KELLY IP, LLP
1919 M Street, NW, Ste. 610
Washington, DC 20036
Telephone: 202-808-3572
Email:        rob.litowitz@kelly-ip.com
Email:        jason.joyal@kelly-ip.com

ZUZANA S. IKELS (SBN 208671)
POLSINELLI PC, POLSINELLI LLP in California
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone:   (415) 248-2100
Facsimile:   (415) 248-2101
Email:       zikels@polsinelli.com

DANIEL BIR (SBN 227918)
POLSINELLI PC, POLSINELLI LLP in California
2049 Century Park East. Suite 2900
Los Angeles, CA 90067
Telephone:  310-556-1801
Facsimile:  310-556-1802
Email:        dbir@polsinelli.com

Attorneys for Defendants
VEND LIMITED; and VEND, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIXSYS AMERICAS INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>VEND LIMITED and VEND, INC.,<br><br>             Defendants. | Case No. 3:16-CV-04263-HSG<br><br>(Assigned to Hon. Haywood S. Gilliam, Jr.)<br><br>**REQUEST AND ORDER FOR DEFENDANTS' LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: November 29, 2016<br>Time: 2:00 p.m.<br>Ctrm: 10, 19th Fl.<br><br><br>Action Filed:  July 28, 2016<br>Trial Date:  None |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Civil Rule 16-10(a), Defendants Vend Limited and Vend, Inc., ("Defendants") respectfully request that this Court grant permission for Robert D. Litowitz of Kelly IP, LLP, lead trial counsel for Defendants, to appear by telephone for the Case Management Conference currently scheduled for November 29, 2016, at 2:00 p.m ("November 29 Case Management Conference"). In support of this request, undersigned counsel represents that (1) counsel for Plaintiff Citixsys Americas Inc. was consulted and has no opposition to this request, (2) Defendants' request is made more than seven (7) days in advance of the November 29 Case Management Conference, in accordance with Local Civil Rule 16-10; and (3) lead counsel, Robert D. Litowitz of Kelly IP, LLP, is located in Washington D.C.

WHEREFORE, Defendants respectfully request leave of Court for Defendants' lead trial counsel, Robert D. Litowitz of Kelly IP, LLP to appear by telephone for the November 29 Case Management Conference.

Dated:  November 21, 2016                POLSINELLI LLP

                                          /s/ *Zuzana Ikels*
                                    By:  Robert D. Litowitz
                                         Jason M. Joyal
                                         Zuzana Ikels
                                         Daniel Bir
                                         Attorneys for Defendants VEND LIMITED and VEND, INC.

# ORDER

Defendants Vend Limited and Vend, Inc.'s request for lead trial counsel, Robert D. Litowitz of KELLY IP, LLP to appear by telephone for the Case Management Conference scheduled for November 29, 2016, at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

Dated: November 22, 2016

_____
Haywood S. Gilliam, Jr.
United States District Judge