UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITIXSYS AMERICAS, INC., | Case No. 16-cv-04263-HSG |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER AND ORDER OF REFERRAL** |
| VEND LIMITED, et al., | |
| Defendants. | |

The Court held a case management conference on November 29, 2016. The Court hereby ENTERS the following case schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | December 13, 2016 |
| Deadline to Amend Pleadings | January 29, 2017 |
| Close of Fact Discovery | July 16, 2017 |
| Exchange of Opening Expert Reports | August 1, 2017 |
| Exchange of Rebuttal Expert Reports | September 1, 2017 |
| Close of Expert Discovery | October 1, 2017 |
| Last Day to Hear Dispositive Motions | November 16, 2017 at 2:00pm |
| Pretrial Conference | January 2, 2018 at 3:00pm |
| Jury Trial | January 22, 2018 at 8:30am, 5 days |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

//

//

//

//

In addition, the Court hereby REFERS this action to court-sponsored mediation to be completed within 90 days.

**IT IS SO ORDERED.**

Dated: 11/30/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge