VENABLE LLP
Marcella Ballard (Admitted *Pro Hac Vice*)
Email:     mballard@venable.com
Victoria R. Danta (Admitted *Pro Hac Vice*)
Email:     vdanta@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone:   (212) 307-5500
Facsimile:   (212) 307-5598

William A. Hector (SBN 298490)
Email:     wahector@venable.com
Robert L. Meyerhoff (SBN 298196)
Email:     rlmeyerhoff@venable.com
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

*Attorneys for Plaintiff CitiXsys Americas Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIXSYS AMERICAS INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>VEND LIMITED; and VEND, INC.,<br><br>             Defendants. | Case No. 3:16-cv-04263-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 28, 2016 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CitiXsys Americas Inc. ("Plaintiff") and Defendants Vend Limited and Vend, Inc. ("Defendants") (Plaintiff and Defendants together, "Parties"), by and through their respective undersigned counsel, respectfully file this Stipulation of Dismissal With Prejudice of the above-entitled action. The Parties request that the above-entitled action be dismissed with prejudice, and agree that each Party shall bear and waive its own attorneys' fees, costs, and expenses incurred in this action.

Respectfully submitted,

DATED: February 8, 2017    **VENABLE LLP**

By:     */s/ William A. Hector*
William A. Hector (SBN 298490)
Email: wahector@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

Marcella Ballard (Admitted *Pro Hac Vice*)
Email: mballard@venable.com
Victoria R. Danta (Admitted *Pro Hac Vice*)
Email: vdanta@venable.com
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone:   (212) 307-5500
Facsimile:   (212) 307-5598

*Attorneys for Plaintiff CytiXsys Americas Inc.*

(Signatures continued on following page.)

VENABLE LLP
505 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1

STIPULATION OF DISMISSAL WITH PREJUDICE –
Case No. 3:16-cv-04263-HSG

Venable LLP
505 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

| | |
|---|---|
| 1 | DATED: February 8, 2017 |

KELLY IP, LLP

By: */s/ Jason M. Joyal*
Jason M. Joyal (SBN 251168)
Email: jason.joyal@kelly-ip.com
1919 M Street, N.W., Suite 610
Washington, D.C. 20036
Telephone: (202) 808-3570
Facsimile: (202) 354-5232

*Attorneys for Defendants Vend Limited and Vend, Inc.*

**ORDER**

The Court, having read and considered the Parties' Stipulation of Dismissal With Prejudice and finding good cause, IT IS ORDERED:

That the above-entitled action is dismissed with prejudice.  Each Party shall bear its own attorneys' fees, costs, and expenses.


Date:  February 9, 2017

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE
HONORABLE HAYWOOD S. GILLIAM, JR.

.

VENABLE LLP
505 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA  94111
415-653-3750